[No. 27079-3-III.   Division Three.   September 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL OWEN FLIPPO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00419-7, Robert L. Zagelow, J., entered April 21, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 27392-0-III.   Division Three.   October 1, 2009.]

TRACY B. WHEATON ET AL., *Respondents*, v. MARK R. CARPENTER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Ferry County, No. 07-2-00002-3, Allen Nielson, J., entered September 5, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 27808-5-III.   Division Three.   October 1, 2009.]

STEPHEN L. MILIONIS, *Appellant*, v. NEWPORT SCHOOL DISTRICT NO. 56-415 ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 06-2-00090-7, Allen Nielson, J., entered January 15, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 61379-1-I.   Division One.   October 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TAIWANDRIC LATREZ RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10890-1, Deborah D. Fleck, J., entered March 7, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.